FILED

FEB - 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | **1:25 CR 00043** |
| ) | |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| PETER I. LAMBERTY, ) | Section 641 |
| ) | |
| Defendant. ) | **JUDGE RUIZ** |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around November 17, 2014 to in or around February 14, 2020, in the Northern District of Ohio, Eastern Division, Defendant PETER I. LAMBERTY, in a continuing course of conduct, willfully and knowingly did steal, purloin, convert to his own use, and without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Survivors Insurance benefits, in the amount of approximately $70,743.22, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.