UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-00043 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| PETER I. LAMBERTY, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Peter I. Lamberty which was referred to the Magistrate Judge with the consent of the parties.

On February 4, 2025, the Government filed a single count Indictment, charging Defendant Peter I. Lamberty with Count 1, Theft of Government Property, in violation of Title 18 U.S.C. § 641. Defendant Peter I. Lamberty was arraigned on February 13, 2025, during which Peter I. Lamberty entered a plea of not guilty to the charge. On April 21, 2025 Magistrate Judge Jonathan D. Greenberg received Defendant Peter I. Lamberty's plea of guilty to Count 1 of the Indictment, with a written plea agreement, and issued the R&R, recommending that the plea be accepted and finding of guilty entered.

Neither party has submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Peter I. Lamberty is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an

adequate factual basis for the plea. The Court finds Defendant knowingly, intelligently, and voluntarily entered the guilty plea. The plea agreement is approved.

Therefore, Defendant Peter I. Lamberty is adjudged guilty of Count 1 of the Indictment, with Theft of Government Property, in violation of Title 18 U.S.C. § 641. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place as scheduled on the docket.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/14/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE